1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   OVIDIO HUMBERTO GARCIA-MENDEZ

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,      ) No. 2:10-cr-356 GEB
                                   )
13                  Plaintiff,     )
                                   ) STIPULATION AND [PROPOSED] ORDER
14       v.                        ) CONTINUING CASE AND EXCLUDING
                                   ) TIME
15  OVIDIO HUMBERTO GARCIA-MENDEZ, )
                                   ) Judge: Hon. Garland E. Burrell,
16                  Defendant.     ) Jr.
                                   ) Date:  October 8, 2010
17  _____) Time:  9:00 a.m.

18

19       **IT IS HEREBY STIPULATED** by and between Assistant United States

20  Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal

21  Defender Jeffrey Staniels, counsel for defendant OVIDIO HUMBERTO GARCIA-

22  MENDEZ, that the status conference scheduled for October 8, 2010, be

23  vacated and the matter continued until October 29, 2010, for further

24  status conference at the request of the defense.

25       The reason for the continuance is to allow for review of discovery,

26  consideration of various other aspects of defense preparation including

27  other investigation and possible pretrial motions.

28       **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial

1  Act be excluded between October 8, 2010 and October 29, 2010, pursuant to

2  18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4(time to prepare),

3  Local Code T-4.

4      **IT IS SO STIPULATED.**

5

6  Date:  October 7, 2010               /s/ Jill Thomas
                                            JILL THOMAS

7                                              Assistant United States Attorney
                                          Counsel for Plaintiff

8

9

10  Date:  October 7, 2010               DANIEL J. BRODERICK
                                            Federal Defender

11

12                                           /s/ Jeffrey L. Staniels
                                          JEFFREY L. STANIELS

13                                              Assistant Federal Defender
                                          Counsel for Defendant

14                                              OVIDIO HUMBERTO GARCIA-MENDEZ

15                                  **O R D E R**

16

17      **IT IS SO ORDERED.**

18  Dated:  October 7, 2010

19

20  _____
                           GARLAND E. BURRELL, JR.

21                             United States District Judge

22

23

24

25

26

27

28

2