DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OVIDIO HUMBERTO GARCIA-MENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>     v.<br>OVIDIO HUMBERTO GARCIA-MENDEZ,<br>            Defendant. | No. 2:10-cr-356 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING CASE AND EXCLUDING TIME<br><br>Judge: Hon. Garland E. Burrell, Jr.<br>Date:  October 29, 2010<br>Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant OVIDIO HUMBERTO GARCIA-MENDEZ, that the status conference scheduled for October 29, 2010, be vacated and the matter continued until December 10, 2010, for further status conference at the request of the defense.

The reason for the continuance is to allow for further review of discovery, consideration of various other aspects of defense preparation including other investigation and possible pretrial motions.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between October 29, 2010 and December 10, 2010, pursuant

to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4(time to prepare), Local Code T-4.

**IT IS SO STIPULATED.**

Date:  October 28, 2010         /s/ Jill Thomas
                                JILL THOMAS
                                Assistant United States Attorney
                                Counsel for Plaintiff


Date:  October 28, 2010         DANIEL J. BRODERICK
                                Federal Defender

                                 /s/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Counsel for Defendant
                                OVIDIO HUMBERTO GARCIA-MENDEZ

**O R D E R**

**IT IS SO ORDERED.**

Dated:  October 28, 2010

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

2