DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OVIDIO HUMBERTO GARCIA-MENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-cr-356 GEB |
| Plaintiff, | ) **AMENDED** STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING CASE AND EXCLUDING TIME |
| OVIDIO HUMBERTO GARCIA-MENDEZ, | ) Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) Date: December 17, 2010 </br> ) Time: 9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant OVIDIO HUMBERTO GARCIA-MENDEZ, that the status conference scheduled for December 17, 2010, be vacated and the matter continued until February 4, 2011, for further status conference at the request of the defense.

The reason for the continuance is to allow for further review of discovery, consideration of various other aspects of defense preparation including other investigation and possible pretrial motions.

/ / /

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between December 17, 2010 and February 4, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4(time to prepare), Local Code T-4.

**IT IS SO STIPULATED**.

Date:  December 16, 2010          /s/ Jill Thomas
                                  JILL THOMAS
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Date:  December 16, 2010          DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  OVIDIO HUMBERTO GARCIA-MENDEZ

**O R D E R**

**IT IS SO ORDERED**.

Dated:  December 17, 2010


                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

2