DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OVIDIO HUMBERTO GARCIA-MENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-356 GEB |
| ) Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING |
| ) | TIME |
| OVIDIO HUMBERTO GARCIA- ) MENDEZ, ) | Judge:    Hon. Garland E. |
| ) | Burrell, Jr. |
| Defendant. ) | Date: February 4, 2011 |
| ) | Time: 9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant OVIDIO HUMBERTO GARCIA-MENDEZ, that the status conference scheduled for February 4, 2011, be vacated and the matter continued until March 18, 2011, for further status conference at the request of the defense.

The reason for the continuance is to allow for further consultation between counsel concerning resolution of the case

without trial, and for the conduct of investigation specifically related to terms under which such a resolution might proceed.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between February 4, 2011 and March 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4(time to prepare), Local Code T-4.

**IT IS SO STIPULATED.**

Date:   February 3, 2011          /s/ Jill Thomas
                                  JILL THOMAS
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Date:   February 3, 2011          DANIEL J. BRODERICK
                                  Federal Defender

                                   /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  OVIDIO HUMBERTO GARCIA-MENDEZ

**O R D E R**

**IT IS SO ORDERED.**

Dated:  February 4, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge