DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
OVIDIO HUMBERTO GARCIA-MENDEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-356 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| OVIDIO HUMBERTO GARCIA-MENDEZ, ) | Judge: Hon. Garland E. Burrell, Jr. Date: March 18, 2011 Time: 9:00 a.m. |
| Defendant. ) | |

_____

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant OVIDIO HUMBERTO GARCIA-MENDEZ, that the status conference scheduled for March 18, 2011, be vacated and the matter continued until April 29, 2011, for further status conference at the request of the defense.

The reason for the continuance is to allow for further consultation between counsel concerning resolution of the case

without trial, and for the conduct of investigation specifically related to terms under which such a resolution might proceed.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between March 18, 2011 and April 29, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4(time to prepare), Local Code T-4.

**IT IS SO STIPULATED.**

Date:  March 17, 2011                /s/ Jill Thomas
                                     JILL THOMAS
                                     Assistant United States Attorney
                                     Counsel for Plaintiff


Date:  March 17, 2011                DANIEL J. BRODERICK
                                     Federal Defender

                                      /s/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
                                     Assistant Federal Defender
                                     Counsel for Defendant
                                     OVIDIO HUMBERTO GARCIA-MENDEZ

**O R D E R**

**IT IS SO ORDERED.**

Dated:  March 21, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2