1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   OVIDIO HUMBERTO GARCIA-MENDEZ

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,    ) No. 2:10-cr-356 GEB
                                )
14              Plaintiff,      )
                                ) STIPULATION AND [PROPOSED] ORDER
15    v.                        ) CONTINUING CASE AND EXCLUDING TIME
                                )
16 OVIDIO HUMBERTO GARCIA-      ) Judge: Hon. Garland E. Burrell,Jr.
   MENDEZ,                      ) Date:  April 29, 2011
17                              ) Time:  9:00 a.m.
                Defendant.      )
18                              )
   _____

       **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant OVIDIO HUMBERTO GARCIA-MENDEZ, that the status conference scheduled for April 29, 2011, be vacated and the matter continued until June 3, 2011, for further status conference at the request of the defense.

       The reason for the continuance is to allow for completion of consultation between counsel concerning resolution of the case

without trial, and for the conduct of investigation specifically related to terms under which such a resolution might proceed.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between April 29, 2011 and June 3, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4(time to prepare), Local Code T-4.

**IT IS SO STIPULATED.**

Date:  April 27, 2011          /s/ Jill Thomas
                               JILL THOMAS
                               Assistant United States Attorney
                               Counsel for Plaintiff


Date:  April 27, 2011          DANIEL J. BRODERICK
                               Federal Defender

                                /s/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Counsel for Defendant
                               OVIDIO HUMBERTO GARCIA-MENDEZ

**O R D E R**

**IT IS SO ORDERED.**

Dated:  April 28, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2