```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OVIDIO HUMBERTO GARCIA-MENDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-356 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING TIME |
| ) | |
| OVIDIO HUMBERTO GARCIA-MENDEZ, ) | |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | Date:  June 3, 2011 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant OVIDIO HUMBERTO GARCIA-MENDEZ, that the status conference scheduled for June 3, 2011, be vacated and the matter continued until June 24, 2011, for further status conference at the request of the defense.

The reason for the continuance is due to the unavailability of defense counsel on June 3, 2011, for medical reasons and to allow for completion of consultation between counsel concerning resolution of the case without trial, and for the conduct of investigation specifically related to terms under which such a resolution might proceed.

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial
2 Act be excluded between June 3, 2011 and June 24, 2011, pursuant to 18
3 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4(time to prepare and
4 continuity of counsel), Local Code T-4.

   **IT IS SO STIPULATED.**

Date:  June 1, 2011                    BENJAMIN B. WAGNER
                                       United States Attorney


                                        /s/ Jill Thomas
                                       JILL THOMAS
                                       Assistant United States Attorney
                                       Counsel for Plaintiff



Date:  June 1, 2011                    DANIEL J. BRODERICK
                                       Federal Defender


                                        /s/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
                                       Counsel for Defendant
                                       OVIDIO HUMBERTO GARCIA-MENDEZ


                                    **O R D E R**

   **IT IS SO ORDERED.**

Dated:  June 2, 2011


                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge