DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OVIDIO HUMBERTO GARCIA-MENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-356 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING TIME |
| ) | |
| OVIDIO HUMBERTO GARCIA- ) | |
| MENDEZ, ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | Date:  June 24, 2011 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant OVIDIO HUMBERTO GARCIA-MENDEZ, that the status conference scheduled for June 24, 2011, be vacated and the matter continued until July 8, 2011, for further status conference at the request of the defense.

The reason for the continuance is due to the unavailability of government counsel on June 24, 2011, and to allow time for completion of consultation between counsel concerning resolution of the case without trial, in light of investigation done which is specifically related to terms under which such a resolution might proceed.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between June 24, 2011 and July 8, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4(time to prepare and continuity of counsel), Local Code T-4.

**IT IS SO STIPULATED.**

Date:  June 23, 2011                    BENJAMIN B. WAGNER
                                         United States Attorney


                                          /s/ Jill Thomas
                                         JILL THOMAS
                                         Assistant United States Attorney
                                         Counsel for Plaintiff


Date:  June 23, 2011                    DANIEL J. BRODERICK
                                         Federal Defender


                                          /s/ Jeffrey L. Staniels
                                         JEFFREY L. STANIELS
                                         Assistant Federal Defender
                                         Counsel for Defendant
                                         OVIDIO HUMBERTO GARCIA-MENDEZ


**O R D E R**

**IT IS SO ORDERED.**

Dated:  July 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge