DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OVIDIO HUMBERTO GARCIA-MENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-356 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| OVIDIO HUMBERTO GARCIA-MENDEZ, | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | Date:  July 8, 2011
Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant OVIDIO HUMBERTO GARCIA-MENDEZ, that the status conference scheduled for July 8, 2011, be vacated and the matter continued until August 12, 2011, for further status conference at the request of the defense.

The reason for the continuance is due to recent unavailability of government counsel and need to complete discussions between counsel concerning resolution of the case without trial in light of investigation done which is specifically related to terms under which such a resolution might proceed.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between July 8, 2011 and August 12, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4(time to prepare and continuity of counsel), Local Code T-4.

**IT IS SO STIPULATED.**

Date:  July 7, 2011                         BENJAMIN B. WAGNER
                                            United States Attorney


                                             /s/ Jill Thomas
                                            JILL THOMAS
                                            Assistant United States Attorney
                                            Counsel for Plaintiff



Date:  July 7, 2011                         DANIEL J. BRODERICK
                                            Federal Defender


                                             /s/ Jeffrey L. Staniels
                                            JEFFREY L. STANIELS
                                            Assistant Federal Defender
                                            Counsel for Defendant
                                            OVIDIO HUMBERTO GARCIA-MENDEZ


**O R D E R**

**IT IS SO ORDERED.**

Dated:  July 8, 2011


                                            _____
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge

Stipulation/Order                    2