DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
OVIDIO HUMBERTO GARCIA-MENDEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-356 GEB |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE |
| ) OVIDIO HUMBERTO GARCIA-MENDEZ, ) | |
| ) Defendant. ) ) _____ ) ) | Judge: Hon. Garland E. Burrell, Jr. Date:  March 30, 2012 Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant OVIDIO HUMBERTO GARCIA-MENDEZ, that the status conference regarding judgment and sentencing scheduled for March 30, 2012, be vacated and the matter continued until June 1, 2012, at the request of the defense.

The reason for the continuance is to permit time for further investigation by the Probation Officer and Counsel regarding the offense level computations in the draft presentence report.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act does not apply to this post-guilty plea continuance.

**IT IS SO STIPULATED.**

Date:  March 29, 2012                    BENJAMIN B. WAGNER
                                         United States Attorney


                                          /s/ Jill Thomas
                                         JILL THOMAS
                                         Assistant United States Attorney
                                         Counsel for Plaintiff


Date:  March 29, 2012                    DANIEL J. BRODERICK
                                         Federal Defender


                                          /s/ Jeffrey L. Staniels
                                         JEFFREY L. STANIELS
                                         Assistant Federal Defender
                                         Counsel for Defendant
                                         OVIDIO HUMBERTO GARCIA-MENDEZ


**O R D E R**

**IT IS SO ORDERED.**

Dated:  March 29, 2012

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

Stipulation/Order                        2